NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 2 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-35445 |
| Plaintiff-Appellee, | D.C. Nos. 9:16-cv-00083-DWM 9:11-cr-00045-DWM-1 |
| v. | |
| SHAWN PATRICK MALARKEY, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Montana
Donald W. Molloy, District Judge, Presiding

Submitted October 22, 2019[**]
Portland, Oregon

Before: FARRIS, BEA, and CHRISTEN, Circuit Judges.

Shawn Patrick Malarkey appeals the district court's order denying his

motion to vacate his sentence imposed in connection with Count Two of the

indictment: use of a firearm during a crime of violence under 18 U.S.C.

§ 924(c)(1)(A), where the predicate "crime of violence" is armed robbery

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

involving controlled substances under 18 U.S.C. § 2118(c)(1).  We affirm.

For the reasons set forth in our concurrently filed opinion in *United States v. Burke*, No. 17-35446, we hold that armed robbery involving controlled substances qualifies as a crime of violence under § 924(c)(3)(A).

**AFFIRMED.**